John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com

Danielle L. Perry (SBN 292120)
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW
Suite 640
Washington, DC 20015
Tel: (202) 429-2290
dperry@masonllp.com

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALLY ANDERSEN and MICHAEL KEMMERLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>OAK VIEW GROUP, LLC,<br><br>Defendant. | Case No. 2:24-cv-00719-HDV-JPR<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Hernán D. Vera<br>Date: August 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 5B<br><br>(Filed January 26, 2024) |

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 13, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 5B, 5th Floor of the United States District Court for the Central District of California, First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, California 90012, the Honorable Judge Hernán D. Vera, presiding, Plaintiffs Sally Andersen and Michael Kemmerlin ("Plaintiffs") hereby will and does move the Court an Order for final approval of the Settlement and certification of the Settlement Class pursuant to Rules 23(e) and 23(b)(3) of the Federal Rules of Civil Procedure.

In so moving, Plaintiffs respectfully request that the Court: (1) approve the Settlement Agreement as fair, reasonable, and adequate under Rule 23(e); (2) finally certify the Settlement Class under Rule 23(b)(3); (3) finally appoint Plaintiffs as Class Representatives for the Settlement Class; (4) finally appoint as Settlement Class Counsel John J. Nelson and Danielle L. Perry; and (5) find the Notice Program as implemented satisfies Rule 23 and due process.

This Motion is based upon the Memorandum of Points and Authorities, the accompanying Declaration of Anne-Marie Marra of Simpluris Regarding Notice and Settlement Administration, and all exhibits attached thereto, pleadings on file in this Action, and other such matters and argument as the Court may consider at the hearing on this motion.

Dated: July 30, 2026

Respectfully submitted,

By: */s/ John J. Nelson*
John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com

Danielle L. Perry (SBN 292120)
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
dperry@masonllp.com

*Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 30, 2026, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John J. Nelson*
John J. Nelson (SBN 317598)